Fill in this information to identify the case:

Debtor name: **Kazbar LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): **2:17-bk-07611-DPC**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Midfirst Bank<br>3030 E. Camelback<br>Phoenix, AZ 85016 | | credit line | Contingent | | | $230,000.00 |
| Fennemore Craig PC<br>2394 E. Camelback Road, Suite 600<br>Phoenix, AZ 85016 | | services | | | | $175,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | taxes | Disputed | | | $116,502.20 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Unsecured priority claim | | | | $98,876.62 |
| David Munyon<br>1102 August Drive<br>Killeen, TX 76549 | | loan | | | | $90,500.00 |
| Claire Jasinski<br>1883 E. Buena Vista<br>Chandler, AZ 85249 | | loan | | | | $74,700.00 |
| Arizona Department of Revenue<br>1600 West Monroe Street<br>Phoenix, AZ 85007 | | Unsecured priority claim | | | | $54,771.18 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Kazbar LLC | | | Case number (if known) | 2:17-bk-07611-DPC | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Karina Kasperski** 8020 E. Angus Drive Scottsdale, AZ 85251 | | **loan** | | | | $47,000.00 |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Unsecured claim** | | | | $46,872.56 |
| **David Williams 1770 Morse Avenue Des Plaines, IL 60018** | | **loan** | | | | $46,500.00 |
| **Calissa Kasperski 8520 E. Angus Drive Scottsdale, AZ 85251** | | **loan** | | | | $42,900.00 |
| **Cassandra Kasperski 525 N. Miller Road, #178 Scottsdale, AZ 85257** | | **loan** | | | | $20,000.00 |
| **Arizona Department of Revenue 1600 West Monroe Street Phoenix, AZ 85007** | | **Unsecured claim** | | | | $14,438.13 |
| **Amtrust North America P.O. Box 318004 Independence, OH 44131-8004** | | **disputed claim** | **Contingent Unliquidated Disputed** | | | $14,350.52 |
| **Chefs Warehouse c/o Darren J. Epstein, Esq. 254 South Main Street, #406 New City, NY 10956** | | **vendor debt** | | | | $13,980.70 |
| **Arizona Department of Revenue 1600 West Monroe Street Phoenix, AZ 85007** | | **taxes** | **Disputed** | | | $7,925.48 |
| **Sheryl Kasperski 8520 E. Angus Drive Scottsdale, AZ 85251** | | **loan** | | | | $4,200.00 |