DAVID M. REAVES
CHAPTER 7 TRUSTEE
P.O. BOX 44320
PHOENIX, AZ 85064
(602)241-0101  (FAX) (602) 241-0114
trustee@reaves-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| Kazbar LLC | ) | CASE NO. 2:17-bk-07611-DPC |
| | ) | |
| | ) | TRUSTEE'S APPLICATION |
| Debtor(s) | ) | FOR COMPENSATION AND |
| | ) | REIMBURSEMENT OF |
| | ) | EXPENSES |

  The undersigned Trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1. Introduction. The petition commencing this case was filed on July 3, 2017, the case was converted on October 16, 2018, the undersigned was appointed Trustee on October 16, 2018, and the 11 U.S.C. §341(a) meeting was completed on November 20, 2018.
2. Disposition of Assets. All assets of the debtor(s) have been reduced to cash, released to the debtor(s) as exempt property, abandoned pursuant to 11 U.S.C. §554(a) or (b), or will be abandoned pursuant to §554(c). An accounting of the disposition of all property is attached hereto as Form 1 (Individual Estate Property Record).
3. Receipts and Disbursements. An itemized statement of the Trustee's receipts and disbursements showing total receipts of $104,733.36, disbursements of $103,967.47, and balance of funds on hand of $765.89, is attached hereto as Form 2 (Estate Cash Receipts and Disbursements Record).
4. Trustee's Fees and Expenses. Pursuant to 11 U.S.C. §330(a), I request as compensation for the services rendered by me as Trustee in this case in the amount of $8,486.67. Pursuant to 11 U.S.C. §326(a), the maximum amount of compensation allowable in this case is $8,486.67, computed as follows:

  (For cases filed after October 21, 1994)

| | | | |
|---|---:|---|---:|
| Receipts | $104,733.36 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $99,733.36 | 10% of next 45,000 | $4,500.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $54,733.36 | 5% of next 950,000 | $2,736.67 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |
| | | | |
| TOTAL COMPENSATION REQUESTED | | | $8,486.67 |

  I have received $0.00 of the total compensation requested as interim compensation, and now request the additional sum of $8,486.67 as my final compensation.

In addition, reimbursement of reasonable and necessary expenses incurred is requested as follows:

| | |
|---|---:|
| COPIES (32 @ 0.20) | 6.40 |
| FEDEX (2 @ 37.32) | 74.64 |
| POSTAGE (4 @ 0.68) | 2.72 |
| Total Expenses | $83.76 |

I have received $0.00 of this total as interim reimbursement, and now request the additional sum of $83.76 as my final reimbursement.

5. The Trustee requests ratification and approval of such additional administrative expense(s) as may be set forth below:

Bank service fees in the amount of $30.00.

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| June 17, 2020 | */s/ David M. Reaves* |
| DATE | David M. Reaves, Trustee |