UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In Re: §
§
KAZBAR LLC § Case No. 2:17-bk-07611-DPC
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID M. REAVES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 71,271.03   Claims Discharged
                                              Without Payment: NA

Total Expenses of Administration: 33,462.33

3) Total gross receipts of $104,733.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $104,733.36 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $69,600.00 | $69,600.00 | $69,600.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 33,538.60 | 33,538.60 | 33,462.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 512,728.83 | 273,981.90 | 273,981.90 | 1,671.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 105,559.46 | 230,228.62 | 230,228.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $618,288.29 | $607,349.12 | $607,349.12 | $104,733.36 |

4) This case was originally filed under chapter 11 on 07/03/2017, and it was converted to chapter 7 on 10/16/2018. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2020     By:/s/DAVID M. REAVES
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SERIES 6 LIQUOR LICENSE | 1129-000 | 75,000.00 |
| CASH ON HAND | 1229-000 | 280.00 |
| FUNDS FROM NATIONAL BANK ACCOUNT | 1229-000 | 3,628.36 |
| LIQOUR INVENTORY | 1229-000 | 25,825.00 |
| **TOTAL GROSS RECEIPTS** | | **$104,733.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Arizona | 4800-000 | NA | 69,600.00 | 69,600.00 | 69,600.00 |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$69,600.00** | **$69,600.00** | **$69,600.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID M. REAVES | 2100-000 | NA | 758.40 | 758.40 | 758.40 |
| DAVID M. REAVES | 2200-000 | NA | 83.76 | 83.76 | 7.49 |
| UNION BANK | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| State of Arizona | 2990-000 | NA | 400.00 | 400.00 | 400.00 |
| REAVES LAW GROUP | 3110-000 | NA | 23,950.00 | 23,950.00 | 23,950.00 |
| REAVES LAW GROUP | 3120-000 | NA | 76.84 | 76.84 | 76.84 |
| GUTTILLA MURPHY ANDERSON | 3210-000 | NA | 2,460.00 | 2,460.00 | 2,460.00 |
| GUTTILLA MURPHY ANDERSON | 3220-000 | NA | 51.20 | 51.20 | 51.20 |
| SEMPLE MARCHAL & COOPER, LLP | 3420-000 | NA | 1,952.00 | 1,952.00 | 1,952.00 |
| CUNNINGHAM & ASSOCIATES | 3610-000 | NA | 1,193.90 | 1,193.90 | 1,193.90 |
| CUNNINGHAM & ASSOCIATES | 3620-000 | NA | 2,582.50 | 2,582.50 | 2,582.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $33,538.60 | $33,538.60 | $33,462.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arizona Department of Revenue | | 3,278.49 | NA | NA | 0.00 |
| | Arizona Department of Revenue | | 239,451.69 | NA | NA | 0.00 |
| | Arizona Department of Revenue | | 9,962.07 | NA | NA | 0.00 |
| | ARIZONA DEPARTMENT OF REVENUE | 5300-000 | NA | 93.14 | 93.14 | 93.14 |
| 7 | CHRISTOPHER DICKERSON | 5300-000 | NA | 360.00 | 360.00 | 238.86 |
| 12 | HILA LANCIANO | 5300-000 | NA | 450.00 | 450.00 | 298.57 |
| | INTERNAL REVENUE SERVICE | 5300-000 | NA | 429.21 | 429.21 | 429.21 |
| 8 | SAMANTHA DICKERSON | 5300-000 | NA | 742.28 | 742.28 | 492.50 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | 14,438.13 | 25,358.13 | 25,358.13 | 0.00 |
| 3 | ARIZONA DEPARTMENT OF REVENUE | 5800-000 | 54,771.18 | 36,006.13 | 36,006.13 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | NA | 118.75 | 118.75 | 118.75 |
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | 98,876.62 | 151,087.17 | 151,087.17 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | 91,950.65 | 59,337.09 | 59,337.09 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $512,728.83 | $273,981.90 | $273,981.90 | $1,671.03 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bristol Farms Specialties | | 956.20 | NA | NA | 0.00 |
| | Fennemore Craig PC | | 43,750.00 | NA | NA | 0.00 |
| 2B | ARIZONA DEPARTMENT OF REVENUE | 7100-000 | NA | 2,941.70 | 2,941.70 | 0.00 |
| 10 | CALISSA KASPERSKI | 7100-000 | NA | 47,000.00 | 47,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 11 | CASSANDRA KASPERSKI | 7100-000 | NA | 20,000.00 | 20,000.00 | 0.00 |
| 5 | DEBRA STEIN | 7100-000 | NA | 22,672.16 | 22,672.16 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,131.89 | 2,131.89 | 0.00 |
| 9 | KARINA KASPERSKI | 7100-000 | NA | 47,000.00 | 47,000.00 | 0.00 |
| 6 | THE CHEFS WAREHOUSE | 7100-000 | 13,980.70 | 19,754.38 | 19,754.38 | 0.00 |
| 1C | INTERNAL REVENUE SERVICE | 7300-000 | 46,872.56 | 68,728.49 | 68,728.49 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $105,559.46 | $230,228.62 | $230,228.62 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 17-07611 | DPC | Judge: | Daniel P. Collins | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|---|---|---|
| Case Name: | KAZBAR LLC | | | | Date Filed (f) or Converted (c): | 10/16/2018 (c) |
| | | | | | 341(a) Meeting Date: | 11/20/2018 |
| For Period Ending: | 12/11/2020 | | | | Claims Bar Date: | 12/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS FROM NATIONAL BANK ACCOUNT (u) | Unknown | 3,628.36 | | 3,628.36 | FA |
| 2. LIQOUR INVENTORY (u) | Unknown | 25,000.00 | | 25,825.00 | FA |
| 3. SERIES 6 LIQUOR LICENSE (u) | 0.00 | 90,000.00 | | 75,000.00 | FA |
| 4. CASH ON HAND (u) | Unknown | 280.00 | | 280.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00     $118,908.36     $104,733.36     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST.

RE PROP #    4   --   FUNDS FOUND IN DEBTOR'S SAFE

Initial Projected Date of Final Report (TFR): 10/01/2019     Current Projected Date of Final Report (TFR): 06/01/2020

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-07611 | Trustee Name: DAVID M. REAVES |
| Case Name: KAZBAR LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5324 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0408 | Blanket Bond (per case limit): $29,406,743.00 |
| For Period Ending: 12/11/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/18 | 1 | KAZBAR LLC<br>7137 E. STETSON<br>SCOTTSDALE, AZ 85251 | TURN OVER OF FUNDS HELD IN BANK ACC | 1229-000 | $3,628.36 | | $3,628.36 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $3,613.36 |
| 01/18/19 | 2 | CUNNINGHAM & ASSOCIATES<br>P.O. Box 67087<br>Phoenix, AZ 85073 | SALE OF LIQUOR INVENTORY | 1229-000 | $25,825.00 | | $29,438.36 |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $29,423.36 |
| 02/06/19 | 4 | DAVID M. REAVES, PC<br>Cashier's Check | Cash on hand from debtor's safe | 1229-000 | $280.00 | | $29,703.36 |
| 02/15/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | $29,703.36 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $29,733.36 | $29,733.36 |
| Less: Bank Transfers/CD's | $0.00 | $29,703.36 |
| Subtotal | $29,733.36 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $29,733.36 | $30.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-07611
Case Name: KAZBAR LLC
Taxpayer ID No: XX-XXX0408
For Period Ending: 12/11/2020

Trustee Name: DAVID M. REAVES
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0215
Checking Account
Blanket Bond (per case limit): $29,406,743.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | $29,703.36 | | $29,703.36 |
| 02/26/19 | 4001 | CUNNINGHAM & ASSOCIATES P.O. Box 67087 Phoenix, AZ 85073 | AUCTIONEER FOR TTEE FEES/EXPNS PER ORDER GRANTING PAYMENT SIGNED ON 2/25/19. | | | $3,776.40 | $25,926.96 |
| | | CUNNINGHAM & ASSOCIATES | AUCTIONEER FOR TTE FEES/EXPNS ($1,193.90) | 3610-000 | | | |
| | | CUNNINGHAM & ASSOCIATES | AUCTIONEER FOR TTE FEES/EXPNS ($2,582.50) | 3620-000 | | | |
| 04/05/19 | 4002 | REAVES LAW GROUP 2999 N. 44th STREET, SUITE 515 PHOENIX, ARIZONA 85018 | ATTORNEY FOR TRUSTEE FEES PER ORDER GRANTING PAYMENT SINGED ON 4/4/19. | 3110-000 | | $9,950.00 | $15,976.96 |
| 04/18/19 | 4003 | CHRISTOPHER DICKERSON 5944 N. 83RD STREET SCOTTSDALE, AZ 85250 | Claim 000007, Payment 100.00000% | 5300-000 | | $238.86 | $15,738.10 |
| 04/18/19 | 4004 | SAMANTHA DICKERSON 7777 E MAIN ST #129 SCOTTSDALE AZ 85251 | Claim 000008, Payment 100.00000% | 5300-000 | | $492.50 | $15,245.60 |
| 04/18/19 | 4005 | HILA LANCIANO 1301 E.BRILL ST PHOENIX, AZ 85006 | Claim 000012, Payment 100.00000% | 5300-000 | | $298.57 | $14,947.03 |
| 04/18/19 | 4006 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | SOCIAL SECURITY | 5300-000 | | $96.24 | $14,850.79 |
| 04/18/19 | 4007 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | FEDERAL INCOME TAX | 5300-000 | | $310.46 | $14,540.33 |
| 04/18/19 | 4008 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | MEDICARE | 5300-000 | | $22.51 | $14,517.82 |
| 04/18/19 | 4009 | ARIZONA DEPARTMENT OF REVENUE | STATE TAX | 5300-000 | | $93.14 | $14,424.68 |
| 04/18/19 | 4010 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | $96.24 | $14,328.44 |
| 04/18/19 | 4011 | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | EMPLOYER MATCHING MEDICARE | 5800-000 | | $22.51 | $14,305.93 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07611 | Trustee Name: | DAVID M. REAVES | |
|---|---|---|---|---|
| Case Name: | KAZBAR LLC | Bank Name: | Axos Bank | Exhibit 9 |
| | | Account Number/CD#: | XXXXXX0215 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX0408 | Blanket Bond (per case limit): | $29,406,743.00 | |
| For Period Ending: | 12/11/2020 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/19 | 3 | BRIAN RAAB | SALE OF LIQUOR LICENSE | 1129-000 | $75,000.00 | | $89,305.93 |
| 06/11/19 | | Transfer to Acct # xxxxxx1809 | Transfer of Funds | 9999-000 | | $75,000.00 | $14,305.93 |
| 09/20/19 | 4012 | GUTTILLA MURPHY ANDERSON CITY NORTH 5415 E. HIGH STREET, SUITE 200 PHOENIX, ARIZONA 85054 | SPECIAL COUNSEL FOR TTEE FEES/EXPENSES | | | $2,511.20 | $11,794.73 |
| | | GUTTILLA MURPHY ANDERSON | ($2,460.00) | 3210-000 | | | |
| | | GUTTILLA MURPHY ANDERSON | ($51.20) | 3220-000 | | | |
| 10/02/19 | | Transfer from Acct # xxxxxx1809 | Transfer of Funds | 9999-000 | $5,000.00 | | $16,794.73 |
| 10/03/19 | 4013 | REAVES LAW GROUP REAVES LAW GROUP 2999 N. 44th STREET, SUITE 515 PHOENIX, ARIZONA 85018 | ATTORNEY FOR TTEE FEES/EXPENSES | | | $14,076.84 | $2,717.89 |
| | | REAVES LAW GROUP | ($14,000.00) | 3110-000 | | | |
| | | REAVES LAW GROUP | ($76.84) | 3120-000 | | | |
| 03/12/20 | 4014 | State of Arizona | Liquor License renewal fee Reversal Written from wrong account | 2990-000 | | ($250.00) | $2,967.89 |
| 03/12/20 | 4014 | State of Arizona | Liquor License renewal fee | 2990-000 | | $250.00 | $2,717.89 |
| 06/09/20 | 4015 | SEMPLE MARCHAL & COOPER, LLP 2700 NORTH CENTRAL AVENUE, NINTH FLOOR PHOENIX, AZ 85004 | Accountant for Ttee Fees Per order granting payment signed on 6/9/20. | 3420-000 | | $1,952.00 | $765.89 |
| 07/24/20 | 4016 | DAVID M. REAVES PO BOX 44320, PHOENIX, AZ 85064-4320 | Final distribution creditor account # representing a payment of 8.94 % per court order. | 2100-000 | | $758.40 | $7.49 |
| 07/24/20 | 4017 | DAVID M. REAVES PO BOX 44320, PHOENIX, AZ 85064-4320 | Final distribution creditor account # representing a payment of 8.94 % per court order. | 2200-000 | | $7.49 | $0.00 |

$80,020.00    $94,305.93

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $109,703.36 | $109,703.36 |
| Less: Bank Transfers/CD's | $34,703.36 | $75,000.00 |
| Subtotal | $75,000.00 | $34,703.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $75,000.00 | $34,703.36 |

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-07611 | Trustee Name: | DAVID M. REAVES |
| Case Name: | KAZBAR LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1809 |
| | | | Kazbar liquor license |
| Taxpayer ID No: | XX-XXX0408 | Blanket Bond (per case limit): | $29,406,743.00 |
| For Period Ending: | 12/11/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/11/19 | | Transfer from Acct # xxxxxx0215 | Transfer of Funds | 9999-000 | $75,000.00 | | $75,000.00 |
| 10/02/19 | | Transfer to Acct # xxxxxx0215 | Transfer of Funds | 9999-000 | | $5,000.00 | $70,000.00 |
| 03/12/20 | 5001 | State of Arizona | Liquor License renewal fee | 2990-000 | | $250.00 | $69,750.00 |
| 03/12/20 | 5002 | State of Arizona | Liquor License late fee | 2990-000 | | $150.00 | $69,600.00 |
| 03/12/20 | 5003 | State of Arizona | PER COURT ORDER DATED JUNE 5, 2019 STATUTORY TAX LIEN UPON LIQUOR LICENSE | 4800-000 | | $69,600.00 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $75,000.00 | $75,000.00 |
| | Less: Bank Transfers/CD's | $75,000.00 | $5,000.00 |
| | Subtotal | $0.00 | $70,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $70,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0215 - Checking Account | $75,000.00 | $34,703.36 | $0.00 |
| XXXXXX1809 - Kazbar liquor license | $0.00 | $70,000.00 | $0.00 |
| XXXXXX5324 - Checking Account | $29,733.36 | $30.00 | $0.00 |
|  | $104,733.36 | $104,733.36 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $104,733.36 |
| Total Gross Receipts: | $104,733.36 |